U. S. DISTRICT COURT
Southern District of GA
Filed In Office

_____ M
  9 5    20__
_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RODERICK MADISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV417-095 |
| ) | |
| LOWE'S HOME CENTERS, LLC, a ) | |
| North Carolina Limited ) | |
| Liability Company, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is the parties' Joint Motion to Approve FLSA Settlement. (Doc. 17.) Pursuant to <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1350 (11th Cir. 1982), and 29 U.S.C. § 216(b), the Court must scrutinize the proposed settlement of Fair Labor Standards Act ("FLSA") claims for fairness before entering a stipulated judgment. After careful consideration, the Court finds that the settlement is a fair and reasonable resolution of the parties' bona fide dispute.[1] Accordingly, the motion is **GRANTED** and the settlement terms contained in the motion are **APPROVED**. As a result, this case is

---

[1] In this Court's experience, attorneys rarely understand how to properly compromise a FLSA claim. Indeed, it is exceedingly rare for them to correctly settle this tyoe of claim on their first try. Counsel in this case should be commended for their motion, which is a textbook example of how to properly settle a FLSA claim.

**DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 1ST day of September 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA